**DISMISS and Opinion Filed May 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-91-00354-CV**
_____

**ROYAL MANUFACTURING COMPANY, INC., Appellant**
**V.**
**BMA ASSOCIATES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 90-3209-L**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

We reinstate this appeal. This case was abated in 1991 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system; however, nothing on that system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). Robert Steinmetz, former counsel for BMA, responded and informed the Court that, according to the United States bankruptcy clerk he contacted, "the Royal

bankruptcy proceeding was closed in 1994." Although Steinmetz copied Joe Abby, counsel for Royal Manufacturing Company, Inc., neither Mr. Abby nor anyone else representing that party has responded or communicated with the Court.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one representing appellant responded, we dismiss the appeal for want of prosecution. *See id.* 42.3(b),(c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

910354F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROYAL MANUFACTURING
COMPANY, INC., Appellant

No. 05-91-00354-CV     V.

BMA ASSOCIATES, INC., Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 90-3209-L.
Opinion delivered by Justice
Reichek. Justices Schenck and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 6, 2021